IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:09-cv-00112 RPM-CBS

THE SANBORN MAP COMPANY, INC., a Delaware corporation,

    Plaintiff,

vs.

PLANGRAPHICS, INC., a Maryland corporation,

    Defendant.

_____

**ORDER REJECTING STIPULATION FOR PAYMENT**
_____

On October 30, 2009, the parties filed a stipulation for payment or entry of judgment and request for order of approval. The stipulation provides for a schedule of installment payments on an indebtedness of $914,000.00 dollars with a provision that this lawsuit will remain open solely for the purpose of enforcement of the payment obligations, the last installment being due July 31, 2014. This stipulation is not acceptable. This Court does not sit to serve as a convenient enforcement mechanism for what is in effect a note or contract for instalment payments. If the parties wish to proceed as indicated in the stipulation, an appropriate procedure would be the entry of judgment with a private agreement not to seek execution on the judgment while installments are being paid or dismissal with the obligation to be made the subject of a promissory note. It is

    ORDERED that the stipulation for payment is rejected.

    DATED: November 2nd, 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge