IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00112-RPM-CBS

THE SANBORN MAP COMPANY, INC., a Delaware corporation,

    Plaintiff,

v.

PLANGRAPHICS, INC., a Maryland corporation,

    Defendant.
_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation to Dismissal with Prejudice [28], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

    Dated: December 14th, 2009

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge